**No. 09M73. Maurice Jones, Petitioner v. United States.**

559 U.S. 989, 130 S. Ct. 1753, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2224.

March 8, 2010. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 137, Original. State of Montana, Plaintiff v. State of Wyoming and State of North Dakota.**

559 U.S. 989, 130 S. Ct. 1753, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2273.

March 8, 2010. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed within 45 days. Replies, if any, with supporting briefs, may be filed within 30 days. Surreplies, if any, with supporting briefs, may be filed within 30 days.

**No. 08-1553. Kawasaki Kisen Kaisha Ltd., et al., Petitioners v. Regal-Beloit Corporation, et al.**

**No. 08-1554. Union Pacific Railroad Company, Petitioner v. Regal-Beloit Corporation, et al.**

559 U.S. 989, 130 S. Ct. 1753, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2220.

March 8, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-683. Annette Carmichael, Individually and as Guardian for Keith Carmichael, Petitioner v. Kellogg, Brown & Root Service, Inc., et al.**

559 U.S. 990, 130 S. Ct. 1754, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2294.

March 8, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-784. Janice C. Amara, et al., Individually and on Behalf of All Others Similarly Situated, Petitioners v. CIGNA Corporation, et al.**

559 U.S. 990, 130 S. Ct. 1754, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2261.

March 8, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-804. CIGNA Corporation, et al., Petitioners v. Janice C. Amara, et al., Individually and on Behalf of All Others Similarly Situated.**

559 U.S. 990, 130 S. Ct. 1754, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2318.

March 8, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-8355. In re Edward J. Mierzwa, Petitioner.**

559 U.S. 990, 130 S. Ct. 1754, 176 L. Ed. 2d 210, 2010 U.S. LEXIS 2269.

March 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 29, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.